UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JORGE PINEDA, an individual, TITA GUZMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: C 11-0457 SBA<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Docket 24. |

On January 25, 2012, Defendant City and County of San Francisco ("Defendant") filed a motion to exclude Plaintiffs' experts from testifying at trial. Dkt. 26. Also on January 25, 2012, Defendant filed an administrative motion to shorten time, requesting that a hearing on its motion to exclude be set for February 7, 2012 or February 14, 2012. Dkt. 24. Plaintiffs did not file a response to the motion to shorten time. Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS the motion to shorten time.

This Court may grant a motion to shorten time where the moving party identifies "the substantial harm or prejudice that would occur if the Court did not change the time." Civ. L. R. 6-3(a)(3). Defendant argues that the motion to shorten time should be granted because unless the motion to exclude is heard sufficiently before the expert cut-off date of February 24, 2012, Defendant will have to expend public resources to conduct 15 depositions before the Court has an opportunity to decide whether the Plaintiffs' experts should be excluded from testifying at trial. The Court has reviewed the motion to shorten

time, the motion to exclude, and the materials filed in support thereof, and finds that Defendant has identified substantial harm or prejudice that would occur if the Court ordered the parties to follow the normal schedule, and therefore GRANTS the motion to shorten time.  Accordingly, the Court orders as follows.  Plaintiffs shall file an opposition to Defendant's motion to exclude by no later than February 8, 2012.  A reply shall be filed by no later than February 10, 2012.  The opposition shall not exceed ten (10) pages, and the reply shall not exceed five (5) pages.  Upon the filing of the reply, the matter will be taken under submission without oral argument.  This Order terminates Docket 24.

IT IS SO ORDERED.

Dated: 2/2/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge