DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PINEDA, an individual, TITA GUZMAN, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV11-0457 JCS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER [FRCP 41]**<br><br>Trial Date:        June 4, 2012 |

The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the action on behalf of plaintiffs JORGE PINEDA and TITA GUZMAN against the CITY & COUNTY OF SAN FRANCISCO and DOES 1-100 is DISMISSED WITH PREJUDICE.

It is further STIPULATED that plaintiffs and defendants shall each bear their own costs and attorneys' fees.

**Stipulation of Dismissal with Prejudice and Order**;       1       c:\users\clarkl\appdata\local\temp\notes06e812\00765076.doc
CV11-0457 JCS

1  **IT IS SO STIPULATED.**

3  Dated:  April 2, 2012                                        LAW OFFICES OF BRAVO & MARGULIES

4                                                                          By:     */s/ Joseph Bravo*
                                                                                       JOSEPH BRAVO
5                                                                                     Attorney for Plaintiffs
                                                                                       JORGE PINEDA, an individual, TITA GUZMAN,

7                                                                                     *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

9  Dated:  April 2, 2012                                        DENNIS J. HERRERA
                                                                                       City Attorney
10                                                                                    JOANNE HOEPER
                                                                                       Chief Trial Deputy
11                                                                                    JAMES F. HANNAWALT
                                                                                       Deputy City Attorneys

13                                                                         By:       */s/ James F. Hannawalt*
                                                                                       JAMES F. HANNAWALT
14                                                                                    Deputy City Attorney
                                                                                       Attorneys for Defendants
15                                                                                    CITY AND COUNTY OF SAN FRANCISCO, et al.

17  **IT IS SO ORDERED.**

19  Dated: _4/3/12

20                                                                         By:     *Sandra B. Armstrong*
21                                                                                     HON. SANDRA ARMSTRONG

**Stipulation of Dismissal with Prejudice and Order**;      2             c:\users\clarkl\appdata\local\temp\notes06e812\00765076.doc
CV11-0457 JCS